**Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00201-CV
_____

**ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP, LLC TRUSTEE FOR DIOGU KALU DIOGU II; ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP, LLC TRUSTEE FOR NNAJA MAYA KALU, Appellants**

**V.**

**FORT BEND COUNTY; LAMAR CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; FORT BEND EMERGENCY SERVICE DISTRICT # 04; TOWN OF FULSHEAR; FORT BEND COUNTY GENERAL FUND; FORT BEND COUNTY DRAINAGE DISTRICT, Appellees**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 04-DCV-134011**

**O R D E R**

Appellant's brief was due July 24, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 23, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM